# Order

Michigan Supreme Court
Lansing, Michigan

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128864(58)

PATRICIA A. PAPPAS, Personal
Representative of the Estate of
Florinda C. Pappas, Deceased,
          Plaintiff-Appellee,

v

BORTZ HEALTH CARE FACILITIES,
INC., and WARREN GERIATRIC
VILLAGE, INC., d/b/a BORTZ HEALTH
CARE OF WARREN,
          Defendants-Appellants.
_____

SC: 128864
COA: 251144
Macomb CC: 2003-002446-NH

       On order of the Chief Justice, the motion by plaintiff-appellee for extension to December 4, 2007 of the time for filing their supplemental brief is considered and it is GRANTED.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2007

_____
Clerk